UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOYCE YEARBY, d/b/a MAURY FUNERAL SERVICES, § § § | |
| Plaintiff, § § | |
| v. § | CIVIL ACTION NO. H-06-1719 |
| § YORK CASKET COMPANY, et al, § § § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Pending before the Court are Plaintiff's Motion for Continuance (Docket No. 31), and Defendant Batesville Casket Company's Motion to Dismiss (Docket No. 12), Motion to Reschedule Hearing (Docket No. 27), and Motion to Stay Discovery (Docket No. 16). The Court **FINDS** and **HOLDS** that:

Plaintiff's Motion for Continuance is **DENIED.** The motion does not specify which date or deadline Plaintiff seeks to continue, and states only that "[t]he Attorney needs the additional time to resolve a matter out of state." Further, Plaintiff's counsel failed to respond to the Court's inquiries on October 4, 2006 regarding the motion. Because the motion does not adequately show cause why any date or deadline should be continued, the Court denies the relief requested.

Defendant Batesville Casket Company's Motion to Dismiss is **GRANTED.** Because Plaintiff has not properly served Batesville Casket Company under Federal Rule of Civil Procedure 4(m), the Court need not consider the substantive arguments set forth in Defendant's motion. Defendant's remaining motions are hereby **TERMINATED AS**

1

2

**MOOT**, and Plaintiff's claims against Defendant Batesville Casket Company are **DISMISSED WITHOUT PREJUDICE TO REFILING.**

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 6th day of October, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT.**